UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>THORNE RESEARCH, INC.,<br><br>Defendant. | Case No. 1:21-cv-04241-ER |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to the Court's order (D.I. 27) and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College (collectively, "Plaintiffs") and Defendant Thorne Research, Inc. ("Thorne") hereby provide this joint stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

On May 12, 2021, Plaintiffs filed a Complaint against Thorne alleging infringement of U.S. Patent No. 8,197,807 ("the '807 patent") and U.S. Patent No. 8,383,086 ("the '086 patent"). On August 20, 2021, this Court stayed this action pending the issuance of final written decisions in, or other resolution or termination of, the IPR proceedings involving the '807 patent and the '086 patent. D.I. 26 ¶ 1.

On May 31, 2022, the Patent Trial and Appeal Board ("PTAB") issued its Final Written Decision determining claim 2 of the '086 patent was unpatentable. Plaintiffs filed a notice of appeal on August 2, 2022 at the Court of Appeals for the Federal Circuit. On December 29,

2022, the appeal was dismissed. *Trustees of Dartmouth College v. Thorne Research, Inc.*, C.A. No. 22-2099, D.I. 12 (Fed. Cir. Dec. 29, 2023).

On August 10, 2022, the PTAB issued its Final Written Decision determining claims 1-3 of the '807 patent were not unpatentable. Thorne timely filed a notice of appeal of the PTAB's determination to the Court of Appeals for the Federal Circuit. The appeal is moot in view of *ChromaDex, Inc. v. Elysium Health, Inc.*, 59 F.4th 1280 (Fed. Cir. 2023), *cert. denied*, No. 23-245, 2023 WL 6797747 (Oct. 16, 2023) (affirming patent-ineligibility of the claims). The Federal Circuit has dismissed the appeal as moot, vacated the prior PTAB decision, and remanded with instructions to dismiss the IPR as moot. *Thorne Research, Inc. v. Trustees of Dartmouth College*, C.A. No. 2023-1055, D.I. 25 (Fed. Cir. Dec. 18, 2023).

In light of the foregoing, the parties jointly stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims and counterclaims, and defenses thereto, are dismissed as moot, with all attorneys' fees, costs, and expenses to be borne by the party that incurred them.

Dated: January 2, 2023

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Jennifer D. Cieluch*

Jennifer D. Cieluch
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
Email: jcieluch@cov.com

Christopher N. Sipes
R. Jason Fowler
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Email: csipes@cov.com
Email: jfowler@cov.com

Yale Fu
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Email: yfu@cov.com

*Counsel for Plaintiffs ChromaDex, Inc.
and Trustees of Dartmouth College*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Michael S. Sommer*

Michael S. Sommer
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: msommer@wsgr.com

T.O. Kong
Wendy L. Devine
Kristina M. Hanson
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: tkong@wsgr.com
Email: wdevine@wsgr.com
Email: thanson@wsgr.com

*Counsel for Defendant Thorne Research, Inc.*

SO ORDERED.

*/s/ Edgardo Ramos*

Edgardo Ramos, U.S.D.J.
Dated: January 4, 2024
New York, New York

3